IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY JOHNSON and SARA BLUM, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIG OX ENERGY, LLC,<br><br>Defendant. | 8:19-CV-10<br><br>JUDGMENT |

Pursuant to the parties' Stipulation of Dismissal (filing 37), this case is dismissed with prejudice, each side to bear its own costs.

Dated this 27th day of August, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge